MARJIE D. BARROWS (SBN 122129)
KATHLEEN M. DeLANEY (SBN 196376)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:   (510) 740-1501
mbarrows@fgppr.com
kdelaney@fgppr.com

Attorneys for Defendant TRAVELERS
PROPERTY CASUALTY INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TODD STONE, | Case No.  1:15-AT-00762 |
| Plaintiff, | **NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |
| vs. | |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, AND DOES 1 TO 10,  inclusive, | **JURY TRIAL DEMANDED** |
| | Complaint filed:   January 22, 2015 |
| Defendants. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant TRAVELERS PROPERTY

CASUALTY INSURANCE COMPANY, (hereinafter "Travelers") hereby removes

to this Court the state court action described below.

## JURISDICTION AND VENUE

1.     Removal of jurisdiction of this action is based upon diversity of

citizenship (28 U.S.C. §1332), as the parties are citizens of different states and the

amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.     Venue is proper in the Eastern District of California pursuant to 28

-1-
**NOTICE OF REMOVAL OF ACTION -** Case No  1:15-AT-00762

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1  U.S.C. §1391, because Travelers is subject to personal jurisdiction in this judicial

2  district and a substantial part of the alleged events or omissions giving rise to this

3  lawsuit occurred in the Northern District of California.

4  **REMOVAL**

5      3.     On January 22, 2015, an action was commenced in the Superior Court

6  of California, County of Fresno, entitled, *Todd Stone v. Travelers Property Casualty*

7  *Insurance Company; and Does 1 through 10, inclusive,* Case No. 15 CE CG 00245.

8  The Summons and Complaint was served by personal service on Travelers on

9  February 17, 2015.  Travelers filed and served its Answer on March 19, 2015.

10  Copies of the documents filed in the state court action and served on Travelers are

11  attached hereto as **Exhibit A**.

12      4.     Travelers was unaware that this action was subject to removal on

13  diversity grounds until September 1, 2015, when Plaintiff served verified responses

14  to Travelers' special interrogatories indicating the amount in controversy exceeds

15  $75,000.

16      5.     This action is a civil action in which this Court has original jurisdiction

17  under 28 U.S.C. §1332.  It is subject to removal by Travelers to this Court, pursuant

18  to the provisions of 28 U.S.C. §1441(b), because it is a civil action between citizens

19  of different states and the matter in controversy exceeds the sum of $75,000,

20  exclusive of interest and costs.  The lawsuit arises from a claim for damage at real

21  property located at 2309 N. Marks Ave., Fresno, California.  The Complaint alleges

22  the insurance policy issued to Plaintiff by Travelers provided various property

23  coverages, including coverage for the alleged damage.

24      6.     The $75,000 jurisdictional minimum is met because Plaintiff alleges in

25  written discovery responses that he is seeking in excess of $42,000 for damage to

26  the Property, $950 a month for lost rent (since August 2013, which totals $22,800 as

27  of August 2015) because Plaintiff claims he is unable to rent the Property as a result

28  of the alleged damage, $3,900 for fines issued by the City of Fresno, $10,000 in

-2-
**NOTICE OF REMOVAL OF ACTION -** Case No  1:15-AT-00762

1   attorneys' fees, and "at least several hundred thousand dollars" for the "lost

2   opportunity to commercially develop and/or sell the property". (See Responses to

3   Interrogatory Nos. 6 and 15, Plaintiff Todd Stone's Verified Response to Defendant

4   Travelers' First Set of Special Interrogatories, attached hereto as **Exhibit B**). These

5   responses clearly establish that the amount in controversy exceeds $75,000.

6       7.      Plaintiff Todd Stone, was, at the time of filing this action, and still is, a

7   citizen of the State of California.

8       8.      Defendant Travelers Property Casualty Insurance Company was, at the

9   time of the filing of this action, and still is, a corporation duly organized under the

10  laws of the State of Connecticut, with its principal place of business in the State of

11  Connecticut.

12      9.      The parties to this action are completely diverse. Travelers is informed

13  and believes that Plaintiff has served no individuals and no entity other than those

14  listed above with the Summons and Complaint in this action.

## DEMAND FOR JURY TRIAL

16      10.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Travelers

17  hereby demands a trial by jury.

19  DATED: September 17, 2015          **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

22                                     By:   /s/ Kathleen M. DeLaney
                                             Marjie D. Barrows
                                             Kathleen M. DeLaney

23                                     Attorneys for Defendant TRAVELERS
24                                     PROPERTY CASUALTY INSURANCE
                                       COMPANY

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

-3-
**NOTICE OF REMOVAL OF ACTION -** Case No 1:15-AT-00762